cv6-399.Lee 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00399-CV

Larry Brent Lee, Appellant

v.

Dana Irene Lee, Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT

NO. 94-0182, HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING

PER CURIAM

 The parties have filed an agreed motion to dismiss the appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A). 

 The appeal is dismissed.

Before Justices Powers, Aboussie, and Jones

Appeal Dismissed on Agreed Motion

Filed: December 5, 1996

Do Not Publish